IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

FRANK D. FLANAGAN, JR.                                                                    PLAINTIFF

VS.                              Civil No. 6:12-cv-6114

KATHY BROWN, Warden, Omega
Technical Violator's Program (TVP);
MS. WILEY, TVP;
ALAN STRICKLAND, TVP;
and OFFICER GONYER                                                                       DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed June 12, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Judge Bryant recommends that the above-styled case be dismissed for failure to follow a court order. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are hereby **DISMISSED**.

**IT IS SO ORDERED**, this 2nd day of July, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge